[No. 4161.]

## L. C. CHANDLER *v.* J. J. DUNN ET AL.

TITLE ACQUIRED BY TAX SALE.—The title acquired by the later sale for taxes must prevail over that acquired by a sale for taxes of a prior year.

APPEAL from the District Court, Sixth Judicial District, County of Sacramento.

Ejectment to recover lots six, seven and eight in the block bounded by R and S and Fourth and Fifth streets, city of Sacramento.

The defendants recovered judgment, and the plaintiff appealed.

The other facts are stated in the opinion.

*Hamilton & Dunlap*, for the Appellant.

*Ed. M. Martin and McCune & Welty*, for the Respondents.

By the Court, Niles, J.:

The plaintiff's title is derived through a sale for delinquent taxes for the fiscal year 1868-9—the defendant's through a sale for taxes for the year 1865-6. The facts are substantially the same as in the case of *Anderson* v. *Rider* (46 Cal. 138), in which we held that "the title acquired under a tax sale for taxes of a subsequent year must prevail over a title founded on a sale for the taxes of a previous year." (*Dougherty* v. *Henarie*, 47 Cal. 10.)

Judgment reversed. Remittitur forthwith.